JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR12-5042RJB |
| Plaintiff, | |
| vs. | ORDER DELAYING DEFENDANT'S REPORT DATE TO BUREAU OF PRISONS |
| DAVID J. PATRICK, | |
| Defendant. | |

THIS MATTER having come on before the Court on defendant's motion to delay his report date to Bureau of Prisons, and the Court having reviewed the instant motion and the records in this matter, the Government having no opposition,

IT IS HEREBY ORDERED that the report date for the defendant to serve his 18 month sentence be delayed until after February 22, 2013.

DATED this 17th day of January, 2013.

_____
Robert J Bryan
United States District Judge

Presented by:

*s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for David J. Patrick

ORDER DELAYING REPORT DATE - 1